# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN C. GREENLEE, <br><br> Plaintiff, <br><br> v. <br><br> NCO FINANCIAL SYSTEMS, INC., <br><br> Defendants. | **Case No.: 2:11-cv-252-ER** |

### STIPULATION TO DISMISS

TO THE CLERK:

    Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.


/S/ Ross S. Enders                      /S/ Craig Thor Kimmel
Ross S. Enders, Esquire                 Craig Thor Kimmel, Esquire
Attorney ID: 89840                      Attorney ID: 57100
Attorney for Defendant,                 Attorney for the Plaintiff


Date: May 2, 2011                       Date: May 2, 2011


BY THE COURT:

_____
                              J.