# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN C. GREENLEE, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:11-cv-252-ER |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/S/ Ross S. Enders
Ross S. Enders, Esquire
Attorney ID: 89840
Attorney for Defendant,

/S/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID: 57100
Attorney for the Plaintiff

Date: May 2, 2011

Date: May 2, 2011

BY THE COURT:

_____ J.

5/3/11